IN THE

UNITED STATES DISTRICT COURT OF

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

NeWARK, New Jersey

2016 NOV 29  A 11: 49

John RobeRT Demos, And the
Society of T.R.u.T.H.
(PlAiNTiFF's)

vs

UNiTed HeAlTh GRouP,
CiGNA CoRP,
AeTNA INc,
HumANA INc,
HcA HoidiNGS INc,
Well cARe HeAlTh PlANS INc,
MoliNA HeAlTh cARe INc,
CeNTeNe CoRP,
HeAlTh NeT INc,
HARTFoRd HeAlTh cARe CoRP,

(DeFeNdANTs)

U.S.D.C. CASE No. _ _ _ _ _ _ _ _ _ _

"ANTi-TRusT Civil PRocEss AcT"
15 usc A 1311, 1 THRu 7, 12 THRu 27,
THE ANTi-TRusT ImPRovemeNT AcT oF
1976,
"ANTi-TRusT & ResTRAiNT oF TRAdE" &
ComBiNATioN AcTioN," PuRsuANT To,
THE NoeRR-PeNNiNGToN DocTRiNE,
THE 1890 sheRMAN ANTi-TRusT AcT, THE
1914 ClAyToN AcT, THE 1914 FedeRAl
TRAdE CommissioN AcT, THE 1887
INTeRsTATE CommeRce AcT,
555 U.S. 438, 221 U.S. 1, 365 U.S. 127,
541 U.S. 600, 226 U.S. 61, 28 STAT. 570,
334 U.S. 100, 196 U.S. 1, 116 U.S. 517,
28 usc 1331, 1332, 1407, 381 U.S. 657,

To: THE CleRK oF THE CouRT:

I COME beFoRE THE CouRT IN Good FAiTH, And wiTH
CleAN HANds.

This PleAdiNG/CompAiNT is FoRMulATed, And PRedicATed
ON FedeRAl ANTi-TRusT LAW.

I INvoKE PuRsuANT To 28 usc 1332, THE DiveRsiTy
JuRisdicTioN OF THE U.S. DisTRicT CouRT.

I INvoKE THE (2) LeAdiNG ANTi-TRusT CAses,

226 u.s. 61,  221 u.s. 1,

/.

# ARGUMENT

I CHARGE United Health Group, Anthem, Aetna, Humana, Cigna, Centene, Health Net, WellCARE Health Plans, HCA Holdings, Inc, Molina Health Care,

WITH being IN VIOLATION OF THE U.S. ANTI-TRUST LAWS, And WITH being IN VIOLATION OF THE 1890 Sherman Anti-Trust Act.

The Activities of the Named Defendants Pose A threat To the Free Market And Restrain Competition, Which They Cannot do. The Practices of the Named Defendants ARE Collusive, ExclusionARY, And Monopolistic, And Restrain Competition, Which Poses A Danger of Increased Prices, Reduced Output, Quality, And Innovation, In the Marketplace, In Violation of the 1914 Clayton Act, The 1914 Federal Trade Commission Act, Which Prohibits Every Contract, Combination, OR, Conspiracy In Restraint of Interstate OR Foreign Trade OR Commerce.

The Named Defendants Practice, OR Practices of Price Discrimination, Tying Arrangements, Exclusive Dealing, Mergers, And Inter-locking Directorates,

# ARGUMENT - PART. II

CONSTITUTE UNFAIR METHODS OF COMPETITION, And CONSTITUTE A DANGER TO THE MAINTENANCE OF THE AMERICAN FREE ENTERPRISE SYSTEM.

THE NAMED DEFENDANTS SYSTEM OF VERTICAL + HORIZONTAL AGREEMENTS, MERGERS, AND SINGLE FIRM ACTIVITIES DIRECTED TOWARD THE ACQUISITION AND MAINTENANCE OF A MONOPOLY, VIOLATE ANTI-TRUST LAW, AGAINST PREDATORY BEHAVIOR, IN RESTRAINT OF TRADE, TO INCLUDE TRUSTS, HOLDING COMPANIES, CARTELS, AND MERGERS, AND ACQUISITIONS.

THE ACTIONS OF THE NAMED DEFENDANTS DEFLATE ECONOMIC OPPORTUNITY, STAGNATE FAIR CONSUMER PRICES, EFFICIENCY, AND POLITICAL LIBERTY, Which LEADS TO PRICE FIXING;

THE NAMED DEFENDANTS ECONOMIC CONCENTRATION, DOMINANT MARKET POWER, is WRONGFUL CONDUCT, AS OPPOSED TO COMPETITION ON THE MERITS.

IN THE FIELD OF INSURANCE AND MANAGED CARE _____ THE NAMED DEFENDANTS ARE THE DOMINANT INDUSTRY INCUMBENTS, Which Allows Them TO CONTROL THE MARKET AND INSTITUTE PREDATORY PRICING.

# ARGUMENT / PART. III.

NONE OF THE NAMED DEFENDANTS ACTIONS CAN BE JUSTIFIED UNDER THE UMBRELLA OF EFFICIENCY, AS THE NAMED DEFENDANTS SOLE MOTIVATION IS TO THWART THE POSSIBLE RISE OF EFFECTIVE NEW COMPETITION TO THE NAMED DEFENDANTS MONOPOLY IN INSURANCE AND MANAGED CARE — — — — — — — — — — — — — — — —

— — — — — — — As FURTHER EVIDENCE IN SUPPORT, THE NAMED DEFENDANTS ARE RANKED IN THE TOP 500, WHEREAS THEIR NEAREST COMPETITORS ARE NOT EVEN RANKED.

PLAINTIFF BRINGS THIS ACTION PURSUANT TO THE NOERR-PENNINGTON DOCTRINE, AND IN THE CAPACITY OF A PRIVATE ATTORNEY GENERAL.

4

## Relief

I bring this action in the capacity of a private attorney general, 377 U.S. 426, 390 U.S. 400,

I invoke the Noerr-Pennington Doctrine to give the court further jurisdiction, 365 U.S. 127, 381 U.S. 657, 174 F.3d 322,

And I invoke 28 USC 1332, To give the court extra-territorial jurisdiction, 542 U.S. 466, 339 U.S. 763, 410 U.S. 484, 91 U.S. 13,

I seek a jury trial.

I seek the appointment of counsel.

I seek compensatory, punitive, recissory, hedonic, treble, exemplary, incidental, irrepairable, prohibitive, declaratory, pecuniary, prospective, statutory, proximate, ancillary, continuing, and emotional damages in the ammount of $30,000,000 (million) dollars.

I seek any, and all other relief as the court deems to be necessary and proper.

# CONCLUSION

A: I INVOKE THE COURT'S DIVERSITY JURISDICTION, AND THE COURTS FEDERAL QUESTION JURISDICTION.

B: I INVOKE THE NOERR-PENNINGTON DOCTRINE, 123 L.Ed 2d 707,

C: I INVOKE THE 1887 INTERSTATE COMMERCE ACT,

D: I INVOKE THE PRIVATE ATTORNEY GENERAL DOCTRINE,

MAY IT SO PLEASE THE COURT.

/s/ John R. Demos
(CHAIRMAN OF THE SOCIETY OF T.R.U.T.H.)
11-6-2016

6.

THE Address / C.E.O. / + PHONE # OF THE NAmed
DeFendants :

1. United Health Group Inc - UHG Center - 9900 Bren Road East
Minnetonka, Minnesota. 55343 - Phone # 952-936-1300
Stephen J. Hemsley (C.E.O.)

2. Aetna Inc - 151 Farmington Ave - Hartford, Ct. 06156
Phone # 860-273-0123 - Mark T. Bertolini (C.E.O.)

3. Cigna Corp - 900 Cottage Grove Road - Bloomfield, Ct. 06002
Phone # 860-226-6000 - David M. Cordani (C.E.O.)

4. Humana Inc - 500 West Main Street - Louisville, Ky. 40202
Phone # 502-580-1000 - Michael B. McCallister (C.E.O.)

5. HCA Holdings, Inc., 1 Park Plaza - Nashville, Tenn. 37203
Phone # 615-344-9551 - Richard M. Bracken (C.E.O.)

6. WellCare Health Plans Inc - P.O. Box 31372 - Tampa, Fl. 33631
Phone # 866-530-9491

7. Hartford Health Care Corp - 80 Seymour Street -
Hartford, Ct. 06102 - Phone # 860-545-5000

8. Molina Health Care Inc - 200 Oceangate - Suite 100 -
Long Beach, Calif. 90802 - Phone # 562-435-3666

9. Health Net Inc - 21650 Oxnard Street - Woodland Hills, Calif. 91367
Phone # 818-676-6000

10. Centene Corp - 7700 Forsyth Blvd - St. Louis, Mo. 63105
Phone # 314-725-4477

7.